### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KRIEGER FAMILY FARMS, LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:24-cv-282 |
| ) | |
| v. ) | Judge _____ |
| ) | |
| JOHN KENT and COUNTRY CAPITAL ) | |
| MANAGEMENT COMPANY d/b/a COUNTRY ) | |
| FINANCIAL, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF REMOVAL

Defendant, JOHN KENT (hereinafter referred to as "Kent"), through his undersigned attorney, Phillip G. Litchfield, pursuant to 28 U.S.C. §1446, hereby removes the above-captioned action, pending in the Vermillion County Circuit Court, from Indiana state court, as Cause No. 83C01-2310-CT-000010, to the United States District Court for the Southern District of Indiana, Terra Haute Division.  Removal is based upon 28 U.S.C. § 1332. As grounds for removal, Kent states as follows:

1.  Plaintiff Krieger Family Farms, LLC, ("Krieger") filed a complaint with the Vermillion County, Indiana Circuit Court (the "State Court Case") on October 18, 2023.  The State Court Case was given Cause No. 83C01-2310-CT-000010.

2.  The State Court Case alleges negligence against Kent relating to making an insurance claim for damaged soybeans. A true copy of the Complaint, together with its exhibits, is attached hereto as Exhibit 1.

3.  Country Capital Management Company d/b/a Country Financial was voluntarily dismissed from the State Court Case.

4. The face of Plaintiff's Complaint does not set forth its claimed damages. It only alleges that "a portion" of Krieger's soybean crop was damaged.

5. On May 8, 2024, Krieger served answers to interrogatories indicating that its total damages claim was $118,279.32. *See* Exhibit 2.

6. There is complete diversity of citizenship among the parties.

7. Krieger is an Indiana Limited Liability Company headquartered and incorporated in the state of Indiana.

8. Kent is a citizen of Illinois.

9. Pursuant to 28 U.S.C. § 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

10. This Court possesses removal jurisdiction under 28 U.S.C. §1441, which permits removal of cases to federal court based on diversity of citizenship.

11. Kent first learned that that this matter was removable on May 8, 2024, when Krieger disclosed the extent of damages it was seeking in this case.

12. As such this notice is being filed with the U.S. District Court for the Southern District of Indiana on June 5, 2024, within 30 days of determining that the case was removable to this Court. See 28 U.S.C. §1446(b).

13. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. §1446(a).

14. Kent will also file his "Notice of Filing Notice of Removal" with the Vermillion County, Indiana Circuit Court. A true copy of the Notice is attached hereto as Exhibit 3 and will be served upon Plaintiff's counsel pursuant to 28 U.S.C. §1446(a) and (d).

15. This Notice of Removal is signed in compliance with Fed. R. Civ. Pro. 11.

16. In the event Plaintiff moves for remand, or this Court considers remand *sua sponte*, Kent respectfully requests the opportunity to submit supplemental authority, evidence and argument in support of removal, as may be appropriate.

WHEREFORE, this Action should proceed in the United States District Court for the Southern District of Indiana, Terra Haute Division, as an action properly removed thereto.

DATED: June 5, 2024                     Respectfully Submitted,

                        By:     /s/ Phillip G. Litchfield
                                One of Its Attorneys

***Attorneys for Defendant John Kent***
Phillip G. Litchfield #32669-45
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
 (312) 781-6584
litchfieldp@litchfieldcavo.com