IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KRIEGER FAMILY FARMS, LLC<br>Plaintiffs,<br><br>v.<br><br>JOHN KENT and COUNTRY CAPITAL MANAGEMENT COMPANY d/b/a COUNTRY FINANCIAL,<br>Defendants. | Case No: 2:24-cv-00282-JRS-MJD |

### ORDER ON JOINT MOTION TO REMAND

This matter coming before the Court on Plaintiff, KRIEGER FAMILY FARMS, LLC, and Defendant, JOHN KENT, by and through their undersigned counsel, Joint Motion to Remand pursuant to 28 U.S.C. § 1447(c).

The Motion is hereby granted.

This case is remanded to the Vermillion County Circuit Court.

SO ORDERED.

Date: 4/30/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system